**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| KIM BENEDETTO and JOSEPH BENEDETTO, Individually and On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>VASO ACTIVE PHARMACEUTICALS, INC., JOHN J. MASIZ, and JOSEPH FRATTAROLI,<br><br>Defendants. | C.A. No. 04-10808 NG |
| DEAN DUMMER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>VASO ACTIVE PHARMACEUTICALS, INC., JOHN J. MASIZ, JOSEPH FRATTAROLI and STEPHEN G. CARTER,<br><br>Defendants. | C.A. No. 04-10819 NG |
| RICHARD SHAPIRO, Individually and On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>VASO ACTIVE PHARMACEUTICALS, INC., JOHN J. MASIZ, and JOSEPH FRATTAROLI,<br><br>Defendants. | C.A. No. 04-10720 NG |

**NOTICE OF ADDRESS CHANGE**

PLEASE TAKE NOTICE that effective May 4, 2004, the law firm of Shapiro Haber & Urmy LLP has the following new address. The telephone and facsimile numbers remain the same.

>Shapiro Haber & Urmy LLP
>Exchange Place
>53 State Street
>Boston, MA 02109

Dated: May 7, 2004

>**/s/Theodore M. Hess-Mahan**
>Thomas G. Shapiro (BBO# 454680)
>Theodore M. Hess-Mahan (BBO #557109)
>Shapiro Haber & Urmy LLP
>75 State Street
>Boston, MA 02109
>617-439-3939