UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                                                    )
RICHARD SHAPIRO, Individually and On Behalf    )
Of Himself and All Others Similarly Situated,              )
                                                                    )
                               Plaintiff,                              )
                                                                    )
v.                                                                    )          CIVIL ACTION NO.
                                                                    )          04-10720 (NG)
VASO ACTIVE PHARMACEUTICALS, INC.,        )
JOHN J. MASIZ, AND JOSEPH FRATTAROLI      )
                               Defendants.                        )
_____)


_____
                                                                    )
KIM BENEDETTO and JOSEPH BENEDETTO,    )
Individually and On Behalf All Others Similarly          )
Situated,                                                            )
                                                                    )
                               Plaintiffs,                            )
                                                                    )
v.                                                                    )          CIVIL ACTION NO.
                                                                    )          04-10808 (NG)
VASO ACTIVE PHARMACEUTICALS, INC.,        )
JOHN J. MASIZ, AND JOSEPH FRATTAROLI,     )
                               Defendants.                        )
_____)


_____
                                                                    )
DEAN DUMMER, Individually and On Behalf        )
Of  All Others Similarly Situated,                            )
                                                                    )
                               Plaintiff,                              )
                                                                    )
v.                                                                    )          CIVIL ACTION NO.
                                                                    )          04-10819 (NG)
VASO ACTIVE PHARMACEUTICALS, INC.,        )
JOHN J. MASIZ, JOSEPH FRATTAROLI and        )
STEPHEN G. CARTER,                                        )
                               Defendants.                        )
_____)

**JOINT MOTION AND [PROPOSED] ORDER
TO EXTEND TIME TO RESPOND TO THE COMPLAINT**

The parties hereto, by and through their counsel, hereby agree to extend the time within which

defendants Vaso Active Pharmaceuticals, Inc, John J. Masiz, Joseph Frattaroli and Stephen G. Carter

(collectively the "Defendants") must answer, move or otherwise respond to the complaints in these

actions.  Plaintiffs' counsel has represented that plaintiffs will file an amended complaint in these

actions.  Thus, the parties respectfully request that the following pleading and briefing schedule be ordered in

these cases:

- The consolidated amended complaint shall be due thirty-five (35) days after the Court's
  selection of a lead plaintiff pursuant to § 78u-4(a)(3) of the Securities Exchange Act of
  1934 (15 U.S.C. §§ 78a et seq.), as amended by the Private Securities Litigation Reform
  Act of 1995 (the "Reform Act").

- Defendants shall have thirty-five (35) days following the filing of the consolidated amended
  complaint to answer, move or otherwise respond to the complaint.

- If the Defendants move to dismiss the consolidated amended complaint, plaintiffs shall have
  thirty-five (35) days from their receipt of Defendants' motion to file their opposition thereto.

- Following the receipt of plaintiffs' opposition, Defendants shall have twenty (20) days to file
  a reply brief in support of their motion to dismiss.

Dated: June 7, 2004

RICHARD SHAPIRO,
Individually and On Behalf of Himself
and All Others Similarly Situated,

KIM BENEDETTO and JOSEPH
BENEDETTO,
Individually and On Behalf All Others Similarly
Situated,

DEAN DUMMER,
Individually and On Behalf of All
Others Similarly Situated

By their attorneys,


**/s/ Theodore M. Hess-Mahan**
Thomas G. Shapiro (BBO#454680)
Theodore M. Hess-Mahan (BBO#557109)
SHAPIRO HABER & URMY LLP
53 State Street, 37th Floor
Boston, MA 02109
(617) 439-3939


***Co-counsel for Plaintiff Richard Shapiro:***
Samuel H. Rudman
Russ Gunyan
Mario Alba, Jr.
CAULEY GELLER BOWMAN
& RUDMAN, LLP
200 Broadhollow Road, Suite 406
Melville, NY 11747
(631) 367-7100

Marc A. Topaz
SCHIFFRIN & BARROWAY, LLP
Three Bala Plaza East, Suite 400
Bala Cynwood, PA 19004
(610) 667-7706

VASO ACTIVE PHARMACEUTICALS, INC.,
JOHN J. MASIZ, and JOSEPH FRATTAROLI,


By their attorneys,


**/s/ Colleen Dunham Henschke**
Jeffrey B. Rudman (BBO #433380)
Michael G. Bongiorno (BBO #558748)
Colleen Dunham Henschke (BBO #645009)
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street,
Boston, Massachusetts 02109
(617) 526-6000


Richard S. Kraut
DILWORTH PAXSON LLP
1818 N Street, N.W., Suite 400
Washington, D.C. 20036
(202) 452-0900


STEPHEN G. CARTER

By his attorney,


**/s/ Kay B. Lee**
John A. Stenn (BBO #629577)
Kay B. Lee (BBO #647224)
GREENBERG TRAURIG, LLP
One International Place
Boston, MA  02110
(617) 310-6083

***Co-counsel for Plaintiffs Kim Benedetto and Joseph Benedetto:***
Steven J. Toll
Daniel S. Sommers
Christopher F. Branch
COHEN, MILSTEIN, HAUSFELD & TOLL, PLLC
1100 New York Avenue, N.W.
West Tower, Suite 500
Washington, DC 20005-3964
(202) 408-4600

***Co-counsel for Plaintiff Dean Dummer:***
Gregory M. Nespole
Christopher S. Hinton
WOLF HALDENSTEIN ADLER
FREEMAN & HERZ, LLP
270 Madison Avenue
New York, NY 10016
(212) 545-4600


IT IS SO ORDERED:


_____
United States District Judge

Dated: _____


## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served on this 7th day of June, 2004 either electronically or by overnight mail on:

| | |
|---|---|
| Thomas G. Shapiro | Kay B. Lee |
| SHAPIRO HABER & URMY LLP | GREENBERG TRAURIG, LLP |
| 53 State Street, 37th Floor | One International Place |
| Boston, MA 02109 | Boston, MA 02110 |
| (617) 439-3939 | (617) 310-6083 |

**/s/ Colleen Dunham Henschke**

- 4 -