UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
RICHARD SHAPIRO, Individually )
and On Behalf of Himself and  )
All Others Similarly Situated )
      Plaintiff,              )
                              )
      v.                      )   Docket No. 04-10720-NG
                              )
VASO ACTIVE PHARMACEUTICALS,  )
INC., JOHN MASIZ, AND         )
JOHN FRATTAROLI,              )
      Defendants.             )


KIM BENEDETTO and JOSEPH      )
BENEDETTO, Individually and   )
On Behalf of All Others       )
Similarly Situated,           )
      Plaintiffs,             )
                              )
      v.                      )   Docket No. 04-10808-NG
                              )
VASO ACTIVE PHARMACEUTICALS,  )
INC., JOHN MASIZ, AND         )
JOHN FRATTAROLI,              )
      Defendants.             )


DEAN DUMMER, Individually     )
and On Behalf of Himself and  )
All Others Similarly Situated )
      Plaintiff,              )
                              )
      v.                      )   Docket No. 04-10819-NG
                              )
VASO ACTIVE PHARMACEUTICALS,  )
INC., JOHN MASIZ, AND         )
JOHN FRATTAROLI,              )
      Defendants.             )
```

GERTNER, D.J.:

**ORDER OF REASSIGNMENT**

Several actions related to the above entitled actions have been filed in this District.  <u>In Re Vaso Active Pharmaceuticals Litigation</u>, Civil Action No. 04-10708-RCL, was the first-filed action.  Pursuant to Local Rule 40.1, it is hereby ordered that the above entitled actions be reassigned as related to <u>In Re Vaso Active Pharmaceuticals Litigation</u>, Civil Action No. 04-10708-RCL.

**SO ORDERED.**

**June 18, 2004**                                           <u>s/ Nancy Gertner, U.S.D.J.</u>